# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MARTINEZ JUATEZ PATTERSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:23-cv-00512-MHH-SGC |
| WARDEN GWENDOLYN GIVENS, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

On August 1, 2023, the magistrate judge entered a report in which she recommended that the Court dismiss this matter without prejudice for failure to prosecute because Mr. Patterson has not cured flaws in his applications for leave to proceed *in forma pauperis*. (Doc. 9). The magistrate judge advised Mr. Patterson of his opportunity to object to the report; the Court has not received objections from him.

Therefore, for the reasons explained in the report, by separate order, the Court will dismiss this action without prejudice for failure to prosecute.

**DONE** and **ORDERED** this August 28, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE